Judge Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.   CR07-5611BHS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MICHAEL DENNIS LANDIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 24th day of January, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Order to Seal/Landis — 1
CR07-561BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOAM, WASHINGTON 98402
(253) 428-3800